**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNY HWANG, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SEA NEW YORK, INC.,<br><br>Defendant. | Case No: 1:23-cv-1040-OEM-MMH<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Jericho, New York                                    New York, New York
             January 27, 2025                                       January 27, 2025

| | |
|---|---|
| **MARS KHAIMOV LAW, PLLC** | **STEIN & NIEPORENT LLP** |
| By: */s/ Mars Khaimov*<br>Mars Khaimov, Esq.<br>100 Duffy Ave., Suite 510<br>Hicksville, New York 11801<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | By: */s/ David Stein*<br>David Stein, Esq.<br>1441 Broadway, Suite 6090<br>New York, NY 10018<br>dstein@steinllp.com<br>*Attorneys for Defendant* |